1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11      IN RE:  STEVEN WAYNE BONILLA                No. 2:24-cv-03584-JAM-CSK

12                                                  No. 2:24-cv-03586-JAM-CSK

13                                                  No. 2:24-cv-03587-JAM-CSK

14                                                  No. 2:24-cv-03597-JAM-CSK

15                                                  No. 2:24-cv-03609-JAM-CSK

16                                                  No. 2:24-cv-03612-JAM-CSK

17                                                  No. 2:24-cv-03615-JAM-CSK

18                                                  No. 2:24-cv-03616-JAM-CSK

19                                                  No. 2:24-cv-03647-JAM-CSK

20                                                  No. 2:24-cv-03648-JAM-CSK

21

22

23

24                                                  ORDER

25

26

27          Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

28   above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

                                                    1

1  litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

2  proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

3  Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

4  13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of

5  the Court to open a new case for each attempted new pleading and assign it to the Court for

6  review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's

7  Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

8        The Court has reviewed the complaints/petitions filed in the above-captioned cases and

9  finds they are related to Plaintiff's Alameda County criminal conviction.[1]

10       Accordingly, IT IS HEREBY ORDERED that 2:24-cv-03584, 2:24-cv-03586, 2:24-cv-

11  03587, 2:24-cv-03597, 2:24-cv-3609, 2:24-cv-03612, 2:24-cv-03615, 2:24-cv-03616, 2:24-cv-

12  03647 and 2:24-cv-03648 are **DISMISSED**; the Clerk of the Court is **DIRECTED** to **CLOSE**

13  these cases**.  No further filings will be accepted**.

14

15

16    Dated: January 3, 2025                    /s/ John A. Mendez

17                                              THE HONORABLE JOHN A. MENDEZ
                                                SENIOR UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

---

25  [1] In the caption of 2:24-cv-03597, plaintiff names the Lassen County Superior Court.  In the
    caption of 2:24-cv-03616, plaintiff names the United States District Court for the Northern

26  District of California.  In the caption of 2:24-cv-03647, plaintiff names the Kings County
    Superior Court.  To the extent plaintiff intended to raise the claims raised in these cases in the

27  United States District Court for the Eastern District of California, this Court finds that the claims
    raised in 2:24-cv-03597, 2:24-cv-03616 and 2:24-cv-03647 are related to Plaintiff's Alameda

28  County criminal conviction.